Argued on record and brief, March 11, affirmed March 25, petition for rehearing denied April 27, petition for review denied June 9, 1971

STATE OF OREGON, *Respondent, v.*
WILLIE J. STOREY (No. C-56620), *Appellant.*

482 P2d 549

Howard R. Lonergan, Portland, for appellant.

Lee Johnson, Attorney General, Jacob B. Tanzer, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, for respondent.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

MEMORANDUM DECISION.

*State v. Gann,* 254 Or 549, 463 P2d 570 (1969).